# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-3367
_____

WILLIE GEORGE DIXON, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Gary L. Bergosh, Judge.

August 16, 2018

PER CURIAM.

Willie George Dixon, Jr. raises three issues on appeal. The first, regarding the trial court's failure to conduct a proper competency determination, requires reversal—which the State concedes. The other two we find to be without merit. The remedy is a remand for the trial court to conduct a nunc pro tunc competency evaluation; if one cannot be done, Dixon must receive a new trial. *See Brooks v. State*, 180 So. 3d 1094, 1095 (Fla. 1st DCA 2015).

MAKAR, WINOKUR, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Andy Thomas, Public Defender, and Justin Foster Karpf, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Steven Edward Woods, Assistant Attorney General, Tallahassee, for Appellee.